IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 07-542 |
| | : | |
| | : | |
| JOSE MANUEL ARANGO | : | |

**O R D E R**

**AND NOW**, this 31st day of October, 2022 it is hereby **ORDERED** that Defendant's pro se motion for compassionate release [Doc. 51] is **DENIED**.

                                               **BY THE COURT:**

                                               _/s/ Jeffrey L. Schmehl_
                                               JEFFREY L. SCHMEHL, J.