**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION** |
| | : | **NO. 07-542** |
| | : | |
| | : | |
| **JOSE MANUEL ARANGO** | : | |

**O R D E R**

**AND NOW**, this 17th day of August, 2026, it is hereby **ORDERED** that Defendant's second *pro se* motion for compassionate release [Doc. 60] is **DENIED**.

**BY THE COURT:**

***/s/ Jeffrey L. Schmehl***
**JEFFREY L. SCHMEHL, J.**